UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MD MOBARAK HOSSAIN,<br><br>               Petitioner,<br><br>    v.<br><br>BRUCE SCOTT et al.,<br><br>               Respondents. | CASE NO. 2:26-cv-00923-LK<br><br>ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE |

This matter comes before the Court sua sponte. Petitioner MD Mobarak Hossain filed a petition for habeas corpus, and the Court issued a scheduling order. Dkt. Nos. 4, 5. Because Hossain is pro se and filing and receiving materials by mail, the Court ORDERS as follows to allow him sufficient time to file his reply and receive notice:

1. The previous traverse deadline of April 6, 2026 is vacated. Hossain shall file any traverse (reply) by April 20, 2026.

2. The government shall provide Hossain at least 6 days' notice prior to any action to move or transfer him from the Western District of Washington or to remove him from the United States.

ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 1

3. The Clerk shall mail a copy of this Order to Hossain and renote this matter for consideration on April 20, 2026.

Dated this 1st day of April, 2026.

Lauren King
United States District Judge